UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM H. BLOOM, M..D.

                         Plaintiff,                 **ORDER**
                                                           CV 03-4174(ENV)(ARL)

      -against-

NEW YORK STATE COMMISSIONER OF
HEALTH ANTONIA NOVELLA, et al.,

                         Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The defendants have submitted their portion of proposed joint pretrial order. Counsel for the defendants has indicated that the pro se plaintiff has not provided her with his portion of the proposed order despite her efforts to educate him on the court's requirements concerning its submission. By letter dated May 4, 2006, the plaintiff has indicated that he has some medical problems and needs three weeks to "know where [he] stands and what is necessary to avoid stress (the litigation itself is rather stressful)." Accordingly, the undersigned will give the plaintiff one final opportunity to provide the defendant with his portion of the joint pretrial order by June 2, 2006. The defendants shall advise the court, in writing, if they do not timely receive the plaintiff's portion of the proposed order. If the plaintiff does provide the defendants with his portion of the order, on or before June 9, 2006, the parties shall submit a revised joint pretrial order to the court. The action will be marked ready for trial upon receipt of either the defendants' letter or the revised joint pretrial order.

Dated: Central Islip, New York          SO ORDERED:
       May 9, 2006

                                                         _____/s/_____
                                                         ARLENE R. LINDSAY
                                                         United States Magistrate Judge